1070

[No. 6678-5-II.   Division Two.   November 8, 1984.]

RICK SEXTON, ET AL, *Appellants,* v. ALBANY FROZEN
EXPRESS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 267095, Robert A. Jacques, J., entered
December 31, 1981. *Affirmed as modified* by unpublished
opinion per Petrich, C.J., concurred in by Petrie and Reed,
JJ.

[No. 6618-1-II.   Division Two.   November 8, 1984.]

LWANDA OKELLO, *Appellant,* v. ARNOLD C.
JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82-2-00197-5, Arthur W. Verharen, J., entered
September 3, 1982. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 6645-9-II.   Division Two.   November 8, 1984.]

LWANDA OKELLO, *Appellant,* v. THE PORT OF TACOMA,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82-2-00198-3, Arthur W. Verharen, J., entered
September 17, 1982. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.